August 23, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

AGBOLADE O. ODUTAYO, Appellant

NO. 14-12-00121-CV                                    V.

JASPER EMERGENCY MEDICINE ASSOCIATES, PA
AND THE SCHUMACHER GROUP OF TEXAS INC., Appellees

_____

The court today heard appellees' motion to dismiss the appeal from the judgments in favor of appellees, Jasper Emergency Medicine Associates, PA and The Schumacher Group of Texas Inc., signed August 1, 2011, and January 5, 2012. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We order appellant, Agbolade O. Odutayo, to pay all costs incurred in this appeal.

We further order this decision certified below for observance.